FILED: 1/7/2008

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER LIFE PRODUCTS, INC., a California corporation, and ECSTACY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KULICH, an individual, BRIAN PETRUZZI, an individual, and GLOBAL LIFE ENHANCEMENTS, INC., a New Jersey corporation,<br><br>Defendants. | CASE NO. CV 07-6886-GHK (SHx)<br><br>PRELIMINARY INJUNCTION |

This matter is before the Court on the Order to Show Cause re: Preliminary Injunction issued on December 20, 2007. Plaintiffs Better Life Products, Inc. and Ecstacy, Inc. (collectively, "Plaintiffs") seek to preliminarily enjoin Defendants Michael Kulich, Brian Petruzzi, and Global Life Enhancements, Inc. (collectively, "Defendants") from utilizing various trade secrets. Based on the findings and conclusions in the Civil Minute Order issued on December 20, 2007 regarding the Temporary Restraining Order, and Defendants' non-opposition to the issuance of a preliminary injunction on like terms, we rule as follows.

# I. PRELIMINARY INJUNCTION

A.    As to Defendant Michael Kulich: it is **ORDERED** that Defendant Michael Kulich ("Kulich") and his agents, servants, employees, attorneys, and those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise are hereby enjoined and restrained pending judgment in this action from:

1. Using, retaining, or copying all or any portion of any of Ecstacy's Accounting Records, Vendor List, Pricing List, Customer List and/or Marketing Plans;
2. Contacting or soliciting any vendor of Ecstacy's whose identity was first:
   a. learned by Kulich in the course of his employment with Ecstacy, or
   b. obtained from Ecstacy's Vendor List;
3. Contacting or soliciting any customer of Ecstacy's whose identity was first
   a. learned by Kulich in the course of his employment with Ecstacy, or
   b. obtained from Ecstacy's Customer List.

B.    As to Defendants Brian Petruzzi and Global Life Enhancements, Inc.: it is further **ORDERED** that Defendants Brian Petruzzi ("Petruzzi"), Global Life Enhancements, Inc. ("Global Life"), and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise are hereby enjoined and restrained pending judgment in this action from:

4. Using, retaining, or copying all or any portion of any of Ecstacy's Accounting Records, Vendor List, Pricing List, Customer List and/or Marketing Plans;
5. Contacting or soliciting any vendor of Ecstacy's whose identity was first:
   a. learned by Global Life or Petruzzi from Kulich, or
   b. obtained from Ecstacy's Vendor List;

//
//

6. Contacting or soliciting any customer of Ecstacy's whose identity was first:

    a. learned by Global Life or Petruzzi from Kulich, or

    b. obtained from Ecstacy's Customer List.

## II.  BOND

It is further **ORDERED** that this Preliminary Injunction is conditioned upon Plaintiffs filing with the Clerk of this Court a security, in the form of a bond or cash, in the amount of five hundred dollars ($500) as to Defendant Kulich, and five thousand dollars ($5,000), collectively, as to Defendants Petruzzi and Global Life.  Such bonds shall secure the payment of such costs and damages as may be incurred or suffered by Defendants should they be found to have been wrongfully enjoined.  The bond heretofore posted on the Temporary Restraining Order shall satisfy this requirement so long as said bond remains in effect for the duration of this Preliminary Injunction.

**IT IS SO ORDERED**.

DATED: January  4 , 2008.

                                                    _____

                                                       GEORGE H. KING
                                                   United States District Judge